**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| Scott R. Clark and | : | **Case No. 11-70708-JAD** |
| Camile A. Clark, | : | **Chapter 13** |
|     Debtors | : | |
| | : | |
| Scott R. Clark, | : | |
| S. S. No. xxx-xx-2562. | : | |
|     Movant | : | **Doc. No. 98** |
| | : | |
| vs. | : | |
| | : | |
| United Electric Cooperative, Inc. | : | **Related to Docket No. 96** |
| | : | |
| and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

CERTIFICATE OF SERVICE OF WAGE TERMINATION ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the August 10, 2016, I served a copy of the above-captioned pleading and within Wage Termination Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on August 10, 2016        /s/ Sharla Munroe
                                                        Sharla Munroe, Paralegal
                                                        McElrath Legal Holdings, LLC
                                                        1641 Saw Mill Run Blvd
                                                        Pittsburgh, PA 15210
                                                        Tel: 412.765.3606
                                                         Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Scott R. Clark
108 Dixon Avenue
Du Bois, PA 15801

United Electric Coop
Attn: Payroll Manager
Pob 688
Du Bois, PA 15801