# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  SCOTT R. CLARK<br>CAMILLE A. CLARK<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  SCOTT R. CLARK<br>CAMILLE A. CLARK<br><br>        Respondents | Case No. 11-70708JAD<br><br>Chapter 13<br><br>Document No. __95__ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___9th___ day of __August__, 20__16__, it is hereby ORDERED, ADJUDGED, and DECREED that,

United Electric Coop
Attn: Payroll Manager
Pob 688
Dubois, PA 15801-

is hereby ordered to immediately terminate the attachment of the wages of SCOTT R. CLARK, social security number XXX-XX-2562. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SCOTT R. CLARK.

FURTHER ORDERED: n/a

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE
**Jeffery A. Deller**

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s)/Employer
7/6/5/4/7/7/7/7/7

FILED
8/9/16 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott R. Clark  
Camille A. Clark  
      Debtors

Case No. 11-70708-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: Aug 09, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.  
db/jdb        +Scott R. Clark,    Camille A. Clark,    108 Dixon Avenue,    Du Bois, PA 15801-1215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:  
           Andrew F Gornall     on behalf of Creditor    Bank of America, National Association, et al...  
            agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Paul W. McElrath, Jr.     on behalf of Joint Debtor Camille A. Clark ecf@mcelrathlaw.com,  
            donotemail.ecfbackuponly@gmail.com  
           Paul W. McElrath, Jr.     on behalf of Debtor Scott R. Clark ecf@mcelrathlaw.com,  
            donotemail.ecfbackuponly@gmail.com  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                            TOTAL: 5