## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| SCOTT R. CLARK AND | : | Bankruptcy No.  11-70708JAD |
| CAMILLE A. CLARK, | : | |
| | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |
| | : | Doc. # 97 |
| ****************************************************: | | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| TRUSTEE, | : | |
| | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. # 90 |
| | : | |
| SCOTT R. CLARK AND | : | |
| CAMILLE A. CLARK, | : | |
| Respondent(s). | : | |
| | : | |

# ORDER

AND NOW, this 10th day of August, 2016, IT APPEARS TO THE COURT THAT the movant has filed at Doc. #97 a Withdrawal Of Trustee's Motion To Dismiss in the above-captioned bankruptcy case.

IT IS HEREBY ORDERED that Doc. # 90 IS DENIED AS WITHDRAWN.

IT IS FURTHER ORDERED THAT the Hearing scheduled on Doc. # 90  Motion To Dismiss for August 12, 2016, at 10:00 AM  at Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 IS HEREBY CANCELLED.

jsf

_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
cc:      Debtors
        Paul W. McElrath, Jr, Esq.
        Ronda J. Winnecour, Esq.
        Office of the U.S. Trustee

FILED
8/10/16 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00012121

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 11-70708-JAD
Scott R. Clark                                                             Chapter 13
Camille A. Clark
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy          Page 1 of 1          Date Rcvd: Aug 10, 2016
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db/jdb          +Scott R. Clark,    Camille A. Clark,    108 Dixon Avenue,    Du Bois, PA 15801-1215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Camille A. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Scott R. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 5