Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Scott R. Clark
Camille A. Clark**
  Debtor(s)

Bankruptcy Case No.: 11–70708–JAD
Doc. # 104
Chapter: 13
Docket No.: 105 – 104

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 28th day of September, 2016, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/25/16.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **11/4/16 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/25/16.**

                                          Jeffery A. Deller
                                          United States Bankruptcy Judge

   cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 11-70708-JAD
Scott R. Clark                                                      Chapter 13
Camille A. Clark
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur            Page 1 of 2           Date Rcvd: Sep 28, 2016
                              Form ID: 408          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
```
db/jdb         +Scott R. Clark,    Camille A. Clark,    108 Dixon Avenue,    Du Bois, PA 15801-1215
cr              EMC MORTGAGE,    Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center Attn: Correspondenc,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
13111422       +Advantage Cash Service,    PO BOX 50191,    Oklahoma City, OK 73140-5191
13111423       +Ameriloan,    Post Office Box 111,    Miami, OK 74355-0111
13111424       +Ameriloan,    c/o Pinion North Collections Depart,    2730 San Pedro NE Suite H,
                 Albuquerque, NM 87110-3365
13196739        Autovest, L.L.C.,    PO Box 2247,    Southfield, MI  48037-2247
13111425       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13111426      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     Po Box 85520,    Richmond, VA 23285)
13111427       +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
13134483       +Clearfield Bank & Trust Company,    PO Box 171,    Clearfield, PA 16830-0171
13134484       +DJR Group, LLC.,    15503 Ventura Blvd.,    SUite 300,    Encino, CA 91436-3127
13111432       +Dubois Regional Medical Center,    529 Sunflower Drive,    Du Bois, PA 15801-2378
13111433       +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
13111438      #+Hsbc,   Po Box 5253,    Carol Stream, IL 60197-5253
13111439       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13135885       +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4-7119,    3415 Vision Drive,
                 Columbus, OH 43219-6009
13134486       +Loan Shop Online,    2207 Concord Pike,    Wilmington, DE 19803-2908
13120412       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13111441       +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13111442       +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13111444       +RAB INC,    PO BOX 34111,    Memphis, TN 38184-0111
13111445       +RCS Financial,    PO Box 852039,    Richardson, TX 75085-2039
13111446       +Sears / CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
13111449       +Swiss Colony Inc,    1112 7th Ave,    Monroe, WI 53566-1364
13111450       +Thinkcashfbd,    Brandywine Commons 1000 Rocky Run Par,    Wilmington, DE 19803-1455
13111451       +Tridentasset.Com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
13111452        Usa Credit,    Customer Service One Millennium Dri,    Uniontown, PA 15401
13111453       +Wells Fargo Bank,    1250 Montego Way,    Walnut Creek, CA 94598-2875
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 02:36:21
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:49:16
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:50:21
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13144508       +E-mail/Text: bncmail@w-legal.com Sep 29 2016 01:55:22      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14110918       +E-mail/Text: bankruptcy@consumerportfolio.com Sep 29 2016 01:55:28
                 CONSUMER PORTFOLIO  SERVICES , INC.,     PO BOX 57071,    IRVINE, CA 92619-7071
13111428       +E-mail/Text: BANKRUPTCY@BANKCNB.COM Sep 29 2016 01:56:00      Cnb Bank,    1 S 2nd St,
                 Clearfield, PA 16830-2355
13111429       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Sep 29 2016 01:55:42
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13111430        E-mail/Text: mrdiscen@discover.com Sep 29 2016 01:54:01      Discover,    Po Box 15316,
                 Wilmington, DE 19850
13138409        E-mail/Text: mrdiscen@discover.com Sep 29 2016 01:54:01      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13210457        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:49:26      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13134485        E-mail/Text: bankruptcynotice@fcbanking.com Sep 29 2016 01:54:10      First Commonwealth Bank,
                 PO Box 400,    Indiana, PA 15701
13111434       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:50:51      GE Money Bank,    PO Box 103104,
                 Roswell, GA 30076-9104
13111435        E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:50:51      Gemb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13111436       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:49:04      Gemb/Old Navy,    Po Box 981400,
                 El Paso, TX 79998-1400
13111437       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:50:00      Gemb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
13211805        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:51:08      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13111440       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2016 01:50:26      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13536933        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 02:36:28      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0315-7          User: jfur                   Page 2 of 2                    Date Rcvd: Sep 28, 2016
                              Form ID: 408                 Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13857214         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 02:00:12
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13111443         E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 29 2016 01:55:46
                  Plain Green Customer Support,    93 Mack Road,   Suite 600 P.O. Box 255,    Box Elder, MT 59521
13527707         E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:51:08
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13111448         E-mail/PDF: cbp@springleaf.com Sep 29 2016 01:49:04     Springleaf Financial S,    621 W High St,
                  Ebensburg, PA 15931
13624466        +E-mail/Text: bncmail@w-legal.com Sep 29 2016 01:55:42     Vanda, LLC,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, National Association, et al...
13111421         Scott R. Clark and Camille A. Clark
cr*              Autovest, L.L.C.,    PO Box 2247,    Southfield, MI 48037-2247
cr*             +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13538041*        Midland Funding LLC,    by American InfoSource LP as agent,   PO Box 4457,
                  Houston, TX 77210-4457
13111447*       +Sears/Cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
13111431       ##+DJR Group, LLC.,    2 E Gregory Blvd.,   Kansas City, MO 64114-1118
                                                                              TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Camille A. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Scott R. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```