**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> SCOTT R. CLARK <br> CAMILLE A. CLARK <br>        Debtor(s) <br><br> Ronda J. Winnecour <br>  Chapter 13 Trustee, <br>        Movant <br>        vs. <br> No Repondents. | Case No.:11-70708 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| September 27, 2016 | /s/ Ronda J. Winnecour <br> RONDA J WINNECOUR PA ID #30399 <br> CHAPTER 13 TRUSTEE WD PA <br> 600 GRANT STREET <br> SUITE 3250 US STEEL TWR <br> PITTSBURGH, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/29/2011 and confirmed on 11/16/11 . The case was subsequently  Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,639.20 |
| Less Refunds to Debtor | 467.94 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,171.26 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 1,699.66 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,699.66 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CLEARFIELD BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CLEARFIELD BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXX6/11 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 2,954.43 | 0.00 | 2,954.43 |
|     Acct: 5378 | | | | |
|   JPMORGAN CHASE BANK NA | 20,642.27 | 20,642.27 | 2,794.80 | 23,437.07 |
|     Acct: 6712 | | | | |
| | | | | 26,391.50 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 8.33 | 8.33 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT R. CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT R. CLARK | 467.94 | 467.94 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 2,991.67 | 2,991.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 11,889.58 | 0.00 | 11,889.58 |
|     Acct: 6712 | | | | |
| | | | | 11,889.58 |
| **Unsecured** | | | | |
|   ADVANTAGE CASH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ADVANTAGE CASH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5589 | | | | |
|   AMERILOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2141 | | | | |
|   BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX6929 | | | | |
| BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3511 | | | | |
| VANDA LLC | 1,788.54 | 749.72 | 0.00 | 749.72 |
| Acct: 6056 | | | | |
| CERTEGY CHECK SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4877 | | | | |
| CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1666 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2497 | | | | |
| DISCOVER BANK(*) | 2,912.44 | 1,220.84 | 0.00 | 1,220.84 |
| Acct: 4915 | | | | |
| DJR GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DJR GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2812 | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1857 | | | | |
| JCPENNEY CO INC/MONOGRAM*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4913 | | | | |
| OLD NAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9815 | | | | |
| WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5889 | | | | |
| HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3481 | | | | |
| HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0372 | | | | |
| LOAN SHOP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4920 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0451 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7613 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 636.76 | 266.92 | 0.00 | 266.92 |
| Acct: XXXXXXX4056 | | | | |
| MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX355O | | | | |
| PLAIN GREEN LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6538 | | | | |
| RAB INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5872 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 430.11 | 180.29 | 0.00 | 180.29 |
| Acct: 7613 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1726 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 487.65 | 204.41 | 0.00 | 204.41 |
| Acct: 0451 | | | | |
| SPRINGLEAF FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1612 | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX384A | | | | |
| THINK CASH FDB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2397 | | | | |
| THINK CASH FDB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7438 | | | | |
| TRIDENT ASSET MGMT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0128 | | | | |
| USA CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX0147 | | | | |
|   WELLS FARGO BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9001 | | | | |
|   AUTOVEST LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2063 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 8,512.68 | 3,568.34 | 0.00 | 3,568.34 |
| Acct: 9000 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,190.52 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 44,471.60 |

TOTAL
CLAIMED              0.00
PRIORITY        20,642.27
SECURED         14,768.18

Date: 09/27/2016                           /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    SCOTT R. CLARK<br>    CAMILLE A. CLARK<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:11-70708 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                BY THE COURT:

                                                                                _____
                                                                                U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 11-70708-JAD
Scott R. Clark                                                          Chapter 13
Camille A. Clark
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                  Page 1 of 2                   Date Rcvd: Sep 28, 2016
                              Form ID: pdf900             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db/jdb         +Scott R. Clark,    Camille A. Clark,    108 Dixon Avenue,    Du Bois, PA 15801-1215
cr              EMC MORTGAGE,    Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA   71203
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center Attn: Correspondenc,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA   71203
13111422       +Advantage Cash Service,    PO BOX 50191,    Oklahoma City, OK 73140-5191
13111423       +Ameriloan,    Post Office Box 111,    Miami, OK 74355-0111
13111424       +Ameriloan,    c/o Pinion North Collections Depart,    2730 San Pedro NE Suite H,
                 Albuquerque, NM 87110-3365
13196739        Autovest, L.L.C.,    PO Box 2247,    Southfield, MI  48037-2247
13111425       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13111426      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     Po Box 85520,    Richmond, VA 23285)
13111427       +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
13134483       +Clearfield Bank & Trust Company,    PO Box 171,    Clearfield, PA 16830-0171
13134484       +DJR Group, LLC.,    15503 Ventura Blvd.,    SUite 300,    Encino, CA 91436-3127
13111432       +Dubois Regional Medical Center,    529 Sunflower Drive,    Du Bois, PA 15801-2378
13111433       +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
13111438      #+Hsbc,   Po Box 5253,    Carol Stream, IL 60197-5253
13111439       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13135885       +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4-7119,    3415 Vision Drive,
                 Columbus, OH 43219-6009
13134486       +Loan Shop Online,    2207 Concord Pike,    Wilmington, DE 19803-2908
13120412       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13111441       +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13111442       +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13111444       +RAB INC,    PO BOX 34111,    Memphis, TN 38184-0111
13111445       +RCS Financial,    PO Box 852039,    Richardson, TX 75085-2039
13111446       +Sears / CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
13111449       +Swiss Colony Inc,    1112 7th Ave,    Monroe, WI 53566-1364
13111450       +Thinkcashfbd,    Brandywine Commons 1000 Rocky Run Par,    Wilmington, DE 19803-1455
13111451       +Tridentasset.Com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
13111452        Usa Credit,    Customer Service One Millennium Dri,    Uniontown, PA 15401
13111453       +Wells Fargo Bank,    1250 Montego Way,    Walnut Creek, CA 94598-2875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 03:03:04
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:50:13
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:51:08
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13144508       +E-mail/Text: bncmail@w-legal.com Sep 29 2016 01:55:22     CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14110918       +E-mail/Text: bankruptcy@consumerportfolio.com Sep 29 2016 01:55:28
                 CONSUMER PORTFOLIO  SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619-7071
13111428       +E-mail/Text: BANKRUPTCY@BANKCNB.COM Sep 29 2016 01:56:00     Cnb Bank,    1 S 2nd St,
                 Clearfield, PA 16830-2355
13111429       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Sep 29 2016 01:55:42
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13111430        E-mail/Text: mrdiscen@discover.com Sep 29 2016 01:54:01     Discover,    Po Box 15316,
                 Wilmington, DE 19850
13138409        E-mail/Text: mrdiscen@discover.com Sep 29 2016 01:54:01     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13210457        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:50:20     Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13134485        E-mail/Text: bankruptcynotice@fcbanking.com Sep 29 2016 01:54:10     First Commonwealth Bank,
                 PO Box 400,    Indiana, PA 15701
13111434       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:50:51     GE Money Bank,    PO Box 103104,
                 Roswell, GA 30076-9104
13111435        E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:50:00     Gemb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13111436       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:50:51     Gemb/Old Navy,    Po Box 981400,
                 El Paso, TX 79998-1400
13111437       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:50:00     Gemb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
13211805        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:50:21     Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13111440       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2016 01:50:27     Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13536933        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 02:06:30     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0315-7          User: jfur                Page 2 of 2              Date Rcvd: Sep 28, 2016
                              Form ID: pdf900          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13857214         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 02:00:13
                   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13111443         E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 29 2016 01:55:46
                   Plain Green Customer Support,    93 Mack Road,   Suite 600 P.O. Box 255,   Box Elder, MT 59521
13527707         E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:51:08
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13111448         E-mail/PDF: cbp@springleaf.com Sep 29 2016 01:49:03       Springleaf Financial S,   621 W High St,
                   Ebensburg, PA 15931
13624466        +E-mail/Text: bncmail@w-legal.com Sep 29 2016 01:55:42       Vanda, LLC,
                   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, National Association, et al...
13111421         Scott R. Clark and Camille A. Clark
cr*              Autovest, L.L.C.,    PO Box 2247,   Southfield, MI 48037-2247
cr*             +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
13538041*        Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                   Houston, TX 77210-4457
13111447*       +Sears/Cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
13111431       ##+DJR Group, LLC.,    2 E Gregory Blvd.,   Kansas City, MO 64114-1118
                                                                                 TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   Bank of America, National Association, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Camille A. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Scott R. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```