2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 11-70708-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Scott R. Clark<br>108 Dixon Avenue<br>Du Bois PA 15801 | Camille A. Clark<br>108 Dixon Avenue<br>Du Bois PA 15801 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: JP Morgan Chase Bank, N.A., MAIL CODE: OH4-7119, 3415 Vision Drive, Columbus, OH 43219 | U.S. Bank, National Association, as Tru<br>Serviced by Select Portfolio Servicing,<br>3815 South West Temple<br>Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/27/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Scott R. Clark
Camille A. Clark
     Debtors

Case No. 11-70708-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7　　　User: amaz　　　Page 1 of 1　　　Date Rcvd: Oct 25, 2016
　　　　　　　　　　　　　Form ID: trc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.
13135885　　　+JP Morgan Chase Bank, N.A.,　　MAIL CODE: OH4-7119,　　3415 Vision Drive,
　　　　　　　　Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:
     Andrew F Gornall　　on behalf of Creditor　　Bank of America, National Association, et al...
      agornall@goldbecklaw.com,　bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
     Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
     Paul W. McElrath, Jr.　　on behalf of Joint Debtor Camille A. Clark ecf@mcelrathlaw.com,
      donotemail.ecfbackuponly@gmail.com
     Paul W. McElrath, Jr.　　on behalf of Debtor Scott R. Clark ecf@mcelrathlaw.com,
      donotemail.ecfbackuponly@gmail.com
     Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5