**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott R. Clark** | Social Security number or ITIN  xxx–xx–2562 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Camille A. Clark** | Social Security number or ITIN  xxx–xx–5298 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **11–70708–JAD**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott R. Clark                                                    Camille A. Clark

10/26/16                                                          **By the court:**   Jeffery A. Deller
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                        Case No. 11-70708-JAD
Scott R. Clark                                                Chapter 13
Camille A. Clark
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: bsil                  Page 1 of 2                 Date Rcvd: Oct 26, 2016
                              Form ID: 3180W              Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db/jdb        +Scott R. Clark,    Camille A. Clark,    108 Dixon Avenue,    Du Bois, PA 15801-1215
cr             EMC MORTGAGE,    Mail Code LA4-5555   700 Kansas Lane,    Monroe, LA  71203
cr            +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center Attn: Correspondenc,
                Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr           #+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13111422      +Advantage Cash Service,    PO BOX 50191,    Oklahoma City, OK 73140-5191
13111423      +Ameriloan,    Post Office Box 111,    Miami, OK 74355-0111
13111424      +Ameriloan,    c/o Pinion North Collections Depart,    2730 San Pedro NE Suite H,
                Albuquerque, NM 87110-3365
13196739       Autovest, L.L.C.,    PO Box 2247,    Southfield, MI  48037-2247
13111427      +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
13134483      +Clearfield Bank & Trust Company,    PO Box 171,    Clearfield, PA 16830-0171
13134484      +DJR Group, LLC.,    15503 Ventura Blvd.,    SUite 300,    Encino, CA 91436-3127
13111432      +Dubois Regional Medical Center,    529 Sunflower Drive,    Du Bois, PA 15801-2378
13111433      +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
13135885      +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4-7119,    3415 Vision Drive,
                Columbus, OH 43219-6009
13134486      +Loan Shop Online,    2207 Concord Pike,    Wilmington, DE 19803-2908
13120412      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13111441      +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13111442      +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13111444      +RAB INC,    PO BOX 34111,    Memphis, TN 38184-0111
13111445      +RCS Financial,    PO Box 852039,    Richardson, TX 75085-2039
13111449      +Swiss Colony Inc,    1112 7th Ave,    Monroe, WI 53566-1364
13111450      +Thinkcashfbd,    Brandywine Commons 1000 Rocky Run Par,    Wilmington, DE 19803-1455
13111451      +Tridentasset.Com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
14310617      +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13111452       Usa Credit,    Customer Service One Millennium Dri,    Uniontown, PA 15401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 27 2016 01:28:15      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr             EDI: AIS.COM Oct 27 2016 01:08:00      Midland Funding LLC by American InfoSource LP as a,
                PO Box 4457,    Houston, TX  77210-4457
cr            +EDI: PRA.COM Oct 27 2016 01:08:00      PRA Receivables Management, LLC,    PO Box 41067,
                Norfolk, VA 23541-1067
cr             EDI: RECOVERYCORP.COM Oct 27 2016 01:08:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13111425      +EDI: HFC.COM Oct 27 2016 01:13:00      Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13144508      +EDI: OPHSUBSID.COM Oct 27 2016 01:13:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13111426       EDI: CAPITALONE.COM Oct 27 2016 01:13:00      Capital One,    Po Box 85520,    Richmond, VA 23285
14110918      +E-mail/Text: bankruptcy@consumerportfolio.com Oct 27 2016 01:28:40
                CONSUMER PORTFOLIO  SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619-7071
13111428      +E-mail/Text: BANKRUPTCY@BANKCNB.COM Oct 27 2016 01:29:02      Cnb Bank,    1 S 2nd St,
                Clearfield, PA 16830-2355
13111429      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Oct 27 2016 01:28:47
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13111430       EDI: DISCOVER.COM Oct 27 2016 01:13:00      Discover,    Po Box 15316,    Wilmington, DE 19850
13138409       EDI: DISCOVER.COM Oct 27 2016 01:13:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
13210457       EDI: RECOVERYCORP.COM Oct 27 2016 01:08:00      Equable Ascent Financial, LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13134485       E-mail/Text: bankruptcynotice@fcbanking.com Oct 27 2016 01:27:49      First Commonwealth Bank,
                PO Box 400,    Indiana, PA 15701
13111434      +EDI: RMSC.COM Oct 27 2016 01:13:00      GE Money Bank,    PO Box 103104,    Roswell, GA 30076-9104
13111435       EDI: RMSC.COM Oct 27 2016 01:13:00      Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998
13111436      +EDI: RMSC.COM Oct 27 2016 01:13:00      Gemb/Old Navy,    Po Box 981400,    El Paso, TX 79998-1400
13111437      +EDI: RMSC.COM Oct 27 2016 01:13:00      Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
13211805       EDI: RECOVERYCORP.COM Oct 27 2016 01:08:00      Granite Recovery LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13111438      +EDI: HFC.COM Oct 27 2016 01:13:00      Hsbc,    Po Box 5253,    Carol Stream, IL 60197-5253
13111439      +EDI: HFC.COM Oct 27 2016 01:13:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13111440      +EDI: RESURGENT.COM Oct 27 2016 01:13:00      Lvnv Funding Llc,    Po Box 740281,
                Houston, TX 77274-0281
13536933       EDI: AIS.COM Oct 27 2016 01:08:00      Midland Funding LLC,    by American InfoSource LP as agent,
                PO Box 4457,    Houston, TX  77210-4457
13857214       EDI: PRA.COM Oct 27 2016 01:08:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541
```

```
District/off: 0315-7          User: bsil            Page 2 of 2            Date Rcvd: Oct 26, 2016
                              Form ID: 3180W        Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13111443           E-mail/Text: bankruptcypgl@plaingreenloans.com Oct 27 2016 01:28:52
                    Plain Green Customer Support,    93 Mack Road,    Suite 600 P.O. Box 255,    Box Elder, MT 59521
13527707           EDI: RECOVERYCORP.COM Oct 27 2016 01:08:00      Recovery Management Systems Corporation,
                    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13111448           EDI: AGFINANCE.COM Oct 27 2016 01:08:00      Springleaf Financial S,    621 W High St,
                    Ebensburg, PA 15931
13111446          +EDI: SEARS.COM Oct 27 2016 01:13:00      Sears / CBSD,    PO Box 6189,
                    Sioux Falls, SD 57117-6189
13624466          +EDI: OPHSUBSID.COM Oct 27 2016 01:13:00      Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13111453          +EDI: WFFC.COM Oct 27 2016 01:13:00      Wells Fargo Bank,    1250 Montego Way,
                    Walnut Creek, CA 94598-2875
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                 Bank of America, National Association, et al...
13111421           Scott R. Clark and Camille A. Clark
cr*                Autovest, L.L.C.,   PO Box 2247,    Southfield, MI 48037-2247
cr*               +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                    Seattle, WA 98121-3132
13538041*          Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                    Houston, TX 77210-4457
13111447*         +Sears/Cbsd,   Po Box 6189,    Sioux Falls, SD 57117-6189
13111431         ##+DJR Group, LLC.,    2 E Gregory Blvd.,    Kansas City, MO 64114-1118
                                                                                              TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Camille A. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Scott R. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```