**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
   SCOTT R. CLARK
   CAMILLE A. CLARK
       Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Case No.:11-70708 JAD

Chapter 13

Document No.: 104

**ORDER OF COURT**

   AND NOW, this ___26th___ day of __October__, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/26/16 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
_____
U.S. BANKRUPTCY JUDGE   jsf

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-70708-JAD
Scott R. Clark                                                        Chapter 13
Camille A. Clark
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: bsil              Page 1 of 2            Date Rcvd: Oct 26, 2016
                               Form ID: pdf900         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
```
db/jdb       +Scott R. Clark,   Camille A. Clark,   108 Dixon Avenue,   Du Bois, PA 15801-1215
cr            EMC MORTGAGE,   Mail Code LA4-5555  700 Kansas Lane,   Monroe, LA  71203
cr           +JPMORGAN CHASE BANK, N.A.,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
cr            JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Chase Records Center Attn: Correspondenc,
               Mail Code LA4-5555 700 Kansas Lane,   Monroe, LA  71203
cr          #+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13111422     +Advantage Cash Service,   PO BOX 50191,   Oklahoma City, OK 73140-5191
13111423     +Ameriloan,   Post Office Box 111,   Miami, OK 74355-0111
13111424     +Ameriloan,   c/o Pinion North Collections Depart,   2730 San Pedro NE Suite H,
               Albuquerque, NM 87110-3365
13196739      Autovest, L.L.C.,   PO Box 2247,   Southfield, MI 48037-2247
13111425     +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13111426    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
13111427     +Certegy,   P.O. Box 30046,   Tampa, FL 33630-3046
13134483     +Clearfield Bank & Trust Company,   PO Box 171,   Clearfield, PA 16830-0171
13134484     +DJR Group, LLC.,   15503 Ventura Blvd.,   SUite 300,   Encino, CA 91436-3127
13111432     +Dubois Regional Medical Center,   529 Sunflower Drive,   Du Bois, PA 15801-2378
13111433     +Emc Mortgage,   Po Box 293150,   Lewisville, TX 75029-3150
13111438    #+Hsbc,   Po Box 5253,   Carol Stream, IL 60197-5253
13111439     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13135885     +JP Morgan Chase Bank, N.A.,   MAIL CODE: OH4-7119,   3415 Vision Drive,
               Columbus, OH 43219-6009
13134486     +Loan Shop Online,   2207 Concord Pike,   Wilmington, DE 19803-2908
13120412     +Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,   San Diego CA 92108-2709
13111441     +Midland Credit Mgmt,   2365 Northside Drive, Suite 300,   San Diego CA 92108-2709
13111442     +Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
13111444     +RAB INC,   PO BOX 34111,   Memphis, TN 38184-0111
13111445     +RCS Financial,   PO Box 852039,   Richardson, TX 75085-2039
13111446     +Sears / CBSD,   PO Box 6189,   Sioux Falls, SD 57117-6189
13111449     +Swiss Colony Inc,   1112 7th Ave,   Monroe, WI 53566-1364
13111450     +Thinkcashfbd,   Brandywine Commons 1000 Rocky Run Par,   Wilmington, DE 19803-1455
13111451     +Tridentasset.Com,   5755 Northpoint Pkwy Ste,   Alpharetta, GA 30022-1142
14310617     +U.S. Bank, National Association, as Tru,   Serviced by Select Portfolio Servicing,,
               3815 South West Temple,   Salt Lake City, UT 84115-4412
13111452      Usa Credit,   Customer Service One Millennium Dri,   Uniontown, PA 15401
13111453     +Wells Fargo Bank,   1250 Montego Way,   Walnut Creek, CA 94598-2875
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2016 01:56:00
               Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 02:23:28
               PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr            E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2016 01:57:05
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13144508     +E-mail/Text: bncmail@w-legal.com Oct 27 2016 01:28:38      CANDICA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14110918     +E-mail/Text: bankruptcy@consumerportfolio.com Oct 27 2016 01:28:40
               CONSUMER PORTFOLIO   SERVICES , INC.,   PO BOX 57071,   IRVINE, CA 92619-7071
13111428     +E-mail/Text: BANKRUPTCY@BANKCNB.COM Oct 27 2016 01:29:02      Cnb Bank,   1 S 2nd St,
               Clearfield, PA 16830-2355
13111429     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Oct 27 2016 01:28:47
               Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13111430      E-mail/Text: mrdiscen@discover.com Oct 27 2016 01:27:47      Discover,   Po Box 15316,
               Wilmington, DE 19850
13138409      E-mail/Text: mrdiscen@discover.com Oct 27 2016 01:27:47      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13210457      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2016 01:55:27      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13134485      E-mail/Text: bankruptcynotice@fcbanking.com Oct 27 2016 01:27:49      First Commonwealth Bank,
               PO Box 400,   Indiana, PA 15701
13111434     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 01:55:24      GE Money Bank,   PO Box 103104,
               Roswell, GA 30076-9104
13111435      E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 01:55:24      Gemb/Jcp,   Po Box 984100,
               El Paso, TX 79998
13111436     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 01:53:55      Gemb/Old Navy,   Po Box 981400,
               El Paso, TX 79998-1400
13111437     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 01:55:24      Gemb/Walmart,   Po Box 981400,
               El Paso, TX 79998-1400
13211805      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2016 01:53:58      Granite Recovery LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
```

```
District/off: 0315-7          User: bsil            Page 2 of 2              Date Rcvd: Oct 26, 2016
                              Form ID: pdf900       Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13111440        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2016 01:55:29     Lvnv Funding Llc,
                 Po Box 740281,   Houston, TX 77274-0281
13536933         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2016 01:54:27     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX 77210-4457
13857214         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 01:56:14
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13111443         E-mail/Text: bankruptcypgl@plaingreenloans.com Oct 27 2016 01:28:51
                 Plain Green Customer Support,   93 Mack Road,   Suite 600 P.O. Box 255,   Box Elder, MT 59521
13527707         E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2016 01:55:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13111448         E-mail/PDF: cbp@onemainfinancial.com Oct 27 2016 02:16:03     Springleaf Financial S,
                 621 W High St,   Ebensburg, PA 15931
13624466        +E-mail/Text: bncmail@w-legal.com Oct 27 2016 01:28:47     Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, National Association, et al...
13111421        Scott R. Clark and Camille A. Clark
cr*            Autovest, L.L.C.,   PO Box 2247,   Southfield, MI 48037-2247
cr*           +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13538041*       Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                 Houston, TX 77210-4457
13111447*      +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
13111431       ##+DJR Group, LLC.,   2 E Gregory Blvd.,   Kansas City, MO 64114-1118
                                                                                  TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Camille A. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Scott R. Clark ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```